1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2 JOANN M. SWANSON (CSBN 88143)
3 Chief, Civil Division

4 SHEILA LIEBER
Deputy Branch Director

5
JOSHUA WILKENFELD
6 Trial Attorney

7  United States Department of Justice, Civil Division
   Federal Programs Branch
8  20 Massachusetts Avenue NW
   Washington, DC 20530
9  (202) 305-7920
   (202) 616-8470 (fax)
10 joshua.i.wilkenfeld@usdoj.gov

11 Attorneys for Defendant

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14
SAN FRANCISCO DIVISION

15

16 | ALAMEDA COUNTY MEDICAL ) No. C 09-5062 EMC
CENTER, a California Public Hospital )
17 | Authority, ) **STIPULATION**
   )
18 | Plaintiff, )
   )
19 | v. )
   )
20 | KATHLEEN SEBELIUS, as Secretary of )
the United States Department of Health and )
21 | Human Services, )
   )
22 | Defendant. )
   )
23

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties

hereto, through their undersigned counsel, that Defendant's time to answer or otherwise respond

to the Complaint is extended to March 16, 2010. In order to prepare its response to the

complaint, Defendant must compile the administrative record—a process that requires an

extensive amount of coordination and organization of records. Although Defendant is

expeditiously compiling this record, Defendant requires additional time to do so accurately and prepare a response to the complaint thereafter.

The parties also stipulate that, pursuant to Fed. R. Civ. P. 25(d), the current Secretary of Health and Human Services, Kathleen Sebelius, is automatically substituted as the Defendant herein.

This stipulation will not alter the date of any event or any deadline already fixed by Court order.

\\

\\

DATED: December 31, 2009　　　　　　　Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

SHEILA LIEBER
Deputy Branch Director


　/s/ *Joshua Wilkenfeld*
JOSHUA WILKENFELD
Trial Attorney
Attorneys for Defendant


DATED: December 31, 2009　　　　　　　STEPHENSON, ACQUISTO & COLMAN


　/s/ *Viola Rita Brown*
VIOLA RITA BROWN
Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[STIPULATION]
No. C 09-5062 EMC

2