JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

SHEILA LIEBER
Deputy Branch Director

JOSHUA WILKENFELD
Trial Attorney

   United States Department of Justice, Civil Division
   Federal Programs Branch
   20 Massachusetts Avenue NW
   Washington, DC 20530
   (202) 305-7920
   (202) 616-8470 (fax)
   joshua.i.wilkenfeld@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority, <br><br>    Plaintiff, <br><br>    v. <br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services, <br><br>    Defendant. | No. C 09-5062 EMC <br><br>**STIPULATION** |

    IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties hereto, through their undersigned counsel, that Defendant's time to answer or otherwise respond to the Complaint is extended to March 16, 2010. In order to prepare its response to the complaint, Defendant must compile the administrative record—a process that requires an extensive amount of coordination and organization of records. Although Defendant is

[STIPULATION]
No. C 09-5062 EMC

1 expeditiously compiling this record, Defendant requires additional time to do so accurately and
2 prepare a response to the complaint thereafter.
3     The parties also stipulate that, pursuant to Fed. R. Civ. P. 25(d), the current Secretary of
4 Health and Human Services, Kathleen Sebelius, is automatically substituted as the Defendant
5 herein.
6     This stipulation will not alter the date of any event or any deadline already fixed by Court
7 order.
8 \\
9 \\
10
11 DATED: December 31, 2009        Respectfully submitted,
12                                                     JOSEPH P. RUSSONIELLO
                                                    United States Attorney
13
14                                                     JOANN M. SWANSON (CSBN 88143)
                                                    Chief, Civil Division
15                                                     SHEILA LIEBER
                                                    Deputy Branch Director
16
17
                                                    /s/ *Joshua Wilkenfeld*
18                                                    JOSHUA WILKENFELD
                                                    Trial Attorney
19                                                     Attorneys for Defendant
20
21 DATED: December 31, 2009        STEPHENSON, ACQUISTO & COLMAN
22
23
                                                    /s/ *Viola Rita Brown*
24                                                    VIOLA RITA BROWN
                                                    Attorneys for Plaintiffs
25
26 IT IS SO ORDERED:
27 _____
28 Edward M. Chen
   U.S. Magistrate Judge

[STIPULATION]
No. C 09-5062 EMC                        2

*[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*