TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

SHEILA LIEBER
Deputy Branch Director

JOSHUA WILKENFELD
Trial Attorney

    United States Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Avenue NW
    Washington, DC 20530
    (202) 305-7920
    (202) 616-8470 (fax)
    joshua.i.wilkenfeld@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services,<br><br>    Defendant. | No. C 09-5062 JSW<br><br>[~~PROPOSED~~] ORDER |

The parties having agreed to continue the Initial Case Management conference and good cause having been shown for the relief requested, this Court hereby orders the continuance of the Initial Case Management Conference in this matter to March 12, 2010, at 1:30 p.m., in

[~~PROPOSED~~] ORDER
No. C 09-5062 JSW

Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

DATE: February 5, 2010

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE