1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAMEDA COUNTY MEDICAL CENTER,

       Plaintiff,

  v.

KATHLEEN SEBELIUS, as Secretary of the
United States Department of Health and
Human Services,

       Defendant.

                                /

No.  C 09-05062 JSW

**ORDER VACATING CASE
MANAGEMENT CONFERENCE
AND SETTING BRIEFING
SCHEDULE AND HEARING
DATE**

      The Court has received and considered the parties' Joint Case Management Conference
Statement, and HEREBY VACATES the Case Management Conference scheduled for March
12, 2010.

      The parties are HEREBY ORDERED to participate in the ADR Phone Conference set
for March 9, 2010.  The Court reserves ruling on their request to excuse them from participating
in an ADR procedure at this time.

      It is FURTHER ORDERED that the parties shall adhere to the following schedule:

    1.     Defendant shall file the Administrative Record on or before March 16, 2010.

    2.     Plaintiff's Motion for Summary Judgment shall be filed by no later than April
         30, 2010.

    3.     Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiff's
         Motion for Summary Judgment shall be filed by no later than June 10, 2010.

    4.     Plaintiff's Opposition to Defendant's Motion and Reply to Defendant's
         Opposition shall be filed by no later than July 16, 2010.

5.      Defendant's Reply to Plaintiff's Opposition shall be filed by no later than August 12, 2010.

6.      The hearing on the motion shall be held on Friday, September 10, 2010 at 9:00 a.m.

The Court reminds the parties that pursuant to its Standing Order No. 8, the parties' briefs in support of their motions for summary judgment may not exceed twenty-five pages. Accordingly, if the parties require additional pages, they must submit a request to the Court demonstrating good cause.

**IT IS SO ORDERED.**

Dated:  March 4, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE