TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

SHEILA LIEBER
Deputy Branch Director

JOSHUA WILKENFELD
Trial Attorney

    United States Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Avenue NW
    Washington, DC 20530
    (202) 305-7920
    (202) 616-8470 (fax)
    joshua.i.wilkenfeld@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services,<br><br>    Defendant. | No. C 09-5062 JSW<br><br>**[PROPOSED]** ORDER<br><br>GRANTING STIPULATION TO STAY AND REQUIRING JOINT STATUS REPORTS |

The parties having agreed to stay briefing on the cross-motions for summary judgment, and good cause having been shown for the relief requested, this Court hereby orders that the briefing schedule on the cross-motions for summary judgment be stayed pending final decisions in *Hospital Committee for the Livermore-Pleasanton Areas v. Johnson*, 2010 U.S. Dist. LEXIS

[PROPOSED] ORDER
No. C 09-5062 JSW

1  27821 (N.D. Cal. Mar. 24, 2010) and (ii) *Palomar Medical Center v. Johnson*, No. 09-0605
2  (S.D. Cal.).  The parties shall file Joint Status Reports every 120 days until the stay is to be lifted, and the first status report shall be due 120 days from the date of this Order.

**IT IS SO ORDERED.**

DATE: April 27, 2010  _____

HON. JEFFREY S. WHITE

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. C 09-5062 JSW              2