STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ. (SBN 136571)
RICHARD A. LOVICH, ESQ. (SBN 113472)
MONICA SZKOPEK, ESQ. (SBN 263760)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services,<br><br>　　　　Defendants. | Case No.: C 09-05062 JSW<br><br>[Assigned for all purposes to: *Hon. Jeffrey S. White*]<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER** |

////
////
////
////

FC5354　　　　　　　　　　　　　　　- 1 -　　STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action is dismissed with
3  prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a) (1) (ii) without fees and cost
4  assessed to either party.

6  SO STIPULATED.

8  Dated :10/02/2012

STEPHENSON, ACQUISTO & COLMAN

/S/

MONICA SZKOPEK
Attorney for Plaintiff
ALAMEDA COUNTY MEDICAL
CENTER, a California Public Hospital
Authority

Dated: 10/02/2012

UNITED STATES DEPATMENT OF
JUSTICE, CIVLI DIVISION

/S/

PETER BRYCE
Attorney for
KATHLEEN SEBELIUS, as Secretary of
the United States Department of Health and
Human Services

FC5354  - 2 -  STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

## [PROPOSED] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a) (1) (ii) without fees and cost being assessed to either party.

Dated: October 3, 2012

By: _____
HON. JEFFREY S. WHITE,
UNITED STATES DISTRICT JUDGE