```
 1  STEPHENSON, ACQUISTO & COLMAN
    MELANIE JOY YOUNG (STEPHENSON), ESQ. (SBN 113755)
 2  BARRY SULLIVAN, ESQ.    (SBN 136571)
 3  RICHARD A. LOVICH, ESQ.  (SBN 113472)
    MONICA SZKOPEK, ESQ.    (SBN 263760)
 4  303 N. Glenoaks Blvd., Suite 700
 5  Burbank, CA 91502

 6  Telephone:  (818) 559-4477
 7  Facsimile:  (818) 559-5484

 8  Attorneys for Plaintiff
    ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital
 9  Authority
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority,<br><br>Plaintiff,<br><br>vs.<br><br>KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services,<br><br>Defendants. | Case No.: C 09-05062 JSW<br><br>[Assigned for all purposes to: *Hon. Jeffrey S. White*]<br><br>**STIPULATION FOR DISMISSAL;** [PROPOSED] **ORDER** |
|---|---|

////
////
////
////

FC5354                                                  - 1 -    STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action is dismissed with
3  prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a) (1) (ii) without fees and cost
4  assessed to either party.

6  SO STIPULATED.

8  Dated :10/02/2012

STEPHENSON, ACQUISTO & COLMAN

/S/

MONICA SZKOPEK
Attorney for Plaintiff
ALAMEDA COUNTY MEDICAL CENTER, a California Public Hospital Authority

15  Dated: 10/02/2012

UNITED STATES DEPATMENT OF JUSTICE, CIVLI DIVISION

/S/

PETER BRYCE
Attorney for
KATHLEEN SEBELIUS, as Secretary of the United States Department of Health and Human Services

FC5354

- 2 -

STIPULATION FOR DIMISSAL; [PROPOSED] ORDER

# [PROPOSED] ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefore.

IT IS HEREBY ORDERED THAT:

The above-captioned action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a) (1) (ii) without fees and cost being assessed to either party.

Dated: October 3, 2012        By: _____
                                  HON. JEFFREY S. WHITE,
                                  UNITED STATES DISTRICT
                                  JUDGE